| Fill in this information to identify the case: |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter  **11** |
| ☐ Check if this is an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
PishPosh, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN)  
88-2267409

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1915 Swarthmore Avenue** <br> **Lakewood, NJ 08701** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ocean** <br> County | **Location of principal assets, if different from principal place of business** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)  _____

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **PishPosh, Inc.** _____  Case number (*if known*)_____
      Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **PishPosh, Inc.**  Case number (*if known*)
    Name

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | |
| | | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

  **Why does the property need immediate attention?** (*Check all that apply.*)
  - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard? _____
  - ☐ It needs to be physically secured or protected from the weather.
  - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
  - ☐ Other _____

  **Where is the property?** _____
  Number, Street, City, State & ZIP Code

  **Is the property insured?**
  - ☐ No
  - ☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*
- ☐ Funds will be available for distribution to unsecured creditors.
- ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

- ☐ 1-49
- ■ 50-99
- ☐ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than100,000

**15. Estimated Assets**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ■ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**

- ☐ $0 - $50,000
- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $1,000,001 - $10 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $500,000,001 - $1 billion
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  **PishPosh, Inc.**                                                    Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 21, 2025**
               MM / DD / YYYY

**X** **/s/ Chaim B. Birnbaum**                                **Chaim B. Birnbaum**
Signature of authorized representative of debtor                Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ Sari B. Placona**                                  Date  **May 21, 2025**
Signature of attorney for debtor                                     MM / DD / YYYY

**Sari B. Placona**
Printed name

**McManimon, Scotland & Baumann, LLC**
Firm name

**75 Livingston Avenue**
**Suite 201**
**Roseland, NJ 07068**
Number, Street, City, State & ZIP Code

Contact phone  **973-622-1800**        Email address  **splacona@msbnj.com**

**108842014 NJ**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 4

11Impact
c/o Yoram Greener
97 Soundview Drive
Port Washington, NY 11050


4Moms Thorley Industries, LLC dba 4Moms
912 Ft. Duquesne Blvd
Pittsburgh, PA 15222


ABC Amega
500 Seneca Street, Ste 503
Buffalo, NY 14204


Altbanq Lending LLC
477 Madison Ave, 24th Floor
New York, NY 10022


Altus Receivables Management
2400 Veterans Memorial Blvd, Ste 300
Kenner, LA 70062


Amalgamated Financial Group
105 White Oak Lane
Old Bridge, NJ 08857


American Express
PO Box 1270
Newark, NJ 07101-1270


American Express Legal
Anthony J. MIgliaccio, Jr., Esq.
500 N. Franklin Turnpike
Ramsey, NJ 07446


AMI Magazine
1575 50th Street
Brooklyn, NY 11219


Art and Cook Inc.
5601 1st Avenue, 2nd floor
Brooklyn, NY 11220

Artsana USA LLC
c/o Chicco
1826 William Penn Way
Lancaster, PA 17601


Atradius
3500 Lacey Road, Ste 220
Downers Grove, IL 60515


Avalara, Inc.
Dept CH 16781
Palatine, IL 60055


Becerra, Valerie
c/o Evan Smith, Esq.
Brodsky Smith
9465 Wilshire Blvd, Ste 300
Beverly Hills, CA 90212


Bob-Britax
4140 Pleasant Road
Fort Mill, SC 29708-9397


Bombol
Unit 602, 6/F Kowloon Centre
33 Ashley Road, Tsim Sha Tsiu
Kowloon, Hong Kong SAR, China


Bugaboo North America, Inc.
PO Box 841627
Los Angeles, CA 90084-1620


Capital One
PO Box 981600
Boston, MA 02298


Cedar Management of NJ LLC
PO Box 17
Lakewood, NJ 08701


Chase Bank (Ink)
PO Box 1423
Charlotte, NC 28201-1423

Chase Bank Visa
PO Box 1423
Charlotte, NC 28201-1423


Chubb
PO Box 382001
Pittsburgh, PA 15250-8001


Clek,Inc.
226 Lesmill Road
Toronto, Ontario
M3B 2T5


Community Connections
25 Kaser Terrace
Monsey, NY 10952


Corporation Serv. Co, As Representative
PO Box 2576
Springfield, IL 62708


Corrigan & Morris LLP
100 Wilshire Blvd., Ste 700
Santa Monica, CA 90401


Cybex
c/o Columbus Trading-Partners USA, Inc.
120 Royall Street, Ste 101
Canton, MA 02021


Data Tracks
1 Auer Court, 2nd Floor
East Brunswick, NJ 08816


DF Creative
PO Box 216
Lakewood, NJ 08701


Diono
14810 Puyallup Street E, Ste 200
Sumner, WA 98390


Donahue Advisors
9801 Washingtonian Blvd, Ste 340
Gaithersburg, MD 20878

Donna L. Thompson, Esq.
DL Thompson Law, PC
PO Box 679
Allenwood, NJ 08720


Edgar Agents, LLC
PO Box 246
Hightstown, NJ 08520


Extend
PO Box 102961
Pasadena, CA 91189-2961


Eye4Fraud
114 Sanford Street
Brooklyn, NY 11205


Fat Brain Toys Co
20516 Nicholas Circle
Elkhorn, NE 68022


Federal Express
PO Box 371461
Pittsburgh, PA 15250-7461


Getida LLC
1345 Queen Ann Road
Teaneck, NJ 07666


Google
1600 Amphitheatre Parkway
Mountain View, CA 94043


Grushko & Mittman
515 Rockaway Avenue
Valley Stream, NY 11581


Halo
212 West 35th Street, Room 2E
New York, NY 10001


Haynes Boone
2801 N. Harwood Street, Suite 2300
Dallas, TX 75201

Iceweb LLC
1010 S. Federal Hwy, Ste 1239
Hallandale, FL 33009


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


IZN Recruiting
930 East County Line Rd Building B
Lakewood, NJ 08701


Joolz USA Inc.
228 East 45th Street, Ste 9E
New York, NY 10017


JP Warehousing
11310 Valley Blvd.
Fontana, CA 92335


Junama
15 Melnick Drive, Ste 873
Monsey, NY 10952


M Kay Packaging
1439 Ocean Avenue, Ste B10
Brooklyn, NY 11230


Maxi Cosi
Dorel Juvenile Group
Credit/Collection Mgr
2525 State Street
Columbus, IN 47201


Meister Seelig Fein
125 Park Avenue, 7th Floor
New York, NY 10017


MNP
1 Adelaide St, Ste 190
Toronto, On
M5C 2V9

Mohel Ellioit Bauer Gass CPA
8 Executive Drive, Ste 1
Toms River, NJ 08755


Morrison Cogen LLP
484 Norristown Road, Suite 100
Blue Bell, PA 19422


MRDS Marketing, Inc.
dba Janpro of Central NJ
1090 King Georges Post Rd, Ste 507
Edison, NJ 08837


New Jersey Attorney General's Office
Div. of Law; RJ Hughes Justice Complex
25 Market Street
PO Box 112
Trenton, NJ 08625-0112


New Jersey Department of Labor
Div. of Employer Accounts
1 John Fitch Plaza
PO Box 379
Trenton, NJ 08611-0307


New Jersey Dept. of Labor Workforce Dev.
Div. of Unemployment & Disability Ins.
Bankruptcy Unit PO Box 951
Trenton, NJ 08611-0951


New Jersey Division of Taxation
Compliance and Enforcement - Bankr. Unit
3 John Fitch Way, 5th Floor
PO Box 245
Trenton, NJ 08695-0245


Opsec Consulting Inc.
1507 Cindy Court
Lakewood, NJ 08701


Optimize
c/o Impact Tech, Inc.
223 E. De La Guerra Street
Santa Barbara, CA 93101

Peg Perego USA Inc.
PO Box 852018
Minneapolis, MN 55485


Phils & Teds Mountain Buggy
221 Jefferson Street
Fort Collins, CO 80524


Practus LLP
c/o Stratus Group LLC
11300 Tomahawk Creek Pkwy, Ste 310
Leawood, KS 66211


Refund Sniper
988 Allen Lane
Woodmere, NY 11598


Rito
c/o Posh Baby and Kids
104 4th Street
Blaine, WA 98230


Securities Transfer Corporation
2901 Dallas Parkway #380
Plano, TX 75093


Shopify Capital
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219


Skip Hop, Inc.
PO Box 841260
Dallas, TX 75284


SMPL LLC
800 Central Avenue
Farmingdale, NJ 07727


Stephano Slack LLC
125 Strafford Avenue, Ste 200
Wayne, PA 19087


Stiac Laundry
110 Central Avenue
Farmingdale, NJ 07727

Stokke
5 High Ridge Park
Stamford, CT 06905


Swarthmore 1915, LLC
PO Box 17
Lakewood, NJ 08701


The Lakewood Scoop
24 High Street
Lakewood, NJ 08701


Uber Freight
PO Box 74007178
Chicago, IL 60674


Unishippers
4403 15th Avenue, #367
Brooklyn, NY 11219


United States Attorney
Peter Rodino Federal Building
970 Broad Street
Suite 700
Newark, NJ 07102


United States Attorney General
United States Department of Justice
Ben Franklin Station
PO Box 683
Washington, DC 20044


Uppababy
276 Weymouth Street
Rockland, MA 02370


Valco Baby
c/o Unique Baby Products USA LLC
PO Box 130-375
Brooklyn, NY 11213


Van Winkle Law Firm
PO Box 7376
Asheville, NC 28802

VeriCore LLC
10115 Kincey Ave, Ste 100
Huntersville, NC 28078


Verizon
PO Box 15403
Albany, NY 12212-5043


Wingify Software Private Limited
1104, 11th Floor, KLJ Tower North
Plot No. B-5, Netaji Subhash Place
Pitampura, Delhi-110034, India


Zeelum
c/o Z by Zeelum LLC
42 Broadway
Lynbrook, NY 11563


Zwicker & Associates PC
Kirsten Davis, Esq.
1020 Laurel Oak Road, Ste 303
Voorhees, NJ 08043

# WRITTEN CONSENT IN LIEU OF A MEETING BY STOCKHOLDERS OF PISHPOSH, INC.

The stockholders of PishPosh, Inc. (the "Company"), set forth on Exhibit A annexed hereto, pursuant to the Company's Certificate of Incorporation, Sixth Paragraph, Section 3, hereby provide consent in lieu of a meeting to vote, either directly or by proxy, regarding the following Resolutions:

**BE IT RESOLVED**, I, stockholder,[1] do and hereby vote my shares, either directly or by proxy, in favor to allow the Board of Directors on behalf of the aforementioned Company, in view of its financial condition, to file a petition pursuant to Chapter 11, Title 11 of the United States Code ("Bankruptcy Code") and retain the services of McManimon Scotland & Baumann, LLC as its counsel for the purposes of preparing, filing, and prosecuting a Petition under Chapter 11 of the Bankruptcy Code and to take all steps necessary and related thereto, and that Chaim Birnbaum, Chief Executive Officer, is hereby authorized to execute the Petition and any other pleadings or documents he deems necessary in connection with the Chapter 11 bankruptcy case of the Company; and it is further

**RESOLVED,** I, stockholder, do and hereby consent in writing in lieu of a meeting to allow for Charlie Birnbaum, Chief Executive Officer of the Company, to prepare, execute, issue, deliver, and/or file any and all such further agreements, certificates, instruments, letters, and pleadings and other documents to perform any and all such acts as they may deem necessary or desirable to effectuate fully the foregoing Resolution; and it is further

In certification hereof, we do set our hands and seal this 19th day of May 2025.

**PISHPOSH, INC.**

By: ___*/s/ Chaim Birnbaum*___
      Chaim Birnbaum

---

[1] Each individual stockholder, and each stockholder's vote, is listed on Exhibit A.

## EXHIBIT A

| **Stockholder** | **Common** | **AYE** | **NAY** | **ABSTAIN** | **ABSENT** | **Signature/ Date** |
|---|---|---|---|---|---|---|
| Dov Kurlander | 1,398,681 | | | | | |
| 2004 Leon Scharf Irrevocable Trust Corp. | 10,476 | | | | | |
| Abraham Belsky | 5,237 | | | | | |
| Alpha Capital Anstalt | 316,636 | | | | | |
| American European Insurance Company | 38,094 | | | | | |
| Asher J Berliner | 26,188 | | | | | |
| Barry Honig | 47,795 | | | | | |
| Bebe LLC | 16,171 | | | | | |
| Birchtree Capital LLC | 55,979 | | | | | |
| Bernard Warman | 33,683 | | | | | |
| Curber International Ltd | 31,427 | | | | | |

2

| | |
|---|---|
| GRQ Consultants, Inc., Defined Benefit Plan | 39,284 |
| Hoch Family Equities LLC | 7,857 |
| Jacob Friedman | 13,359 |
| Melechdavid, Inc. | 39,808 |
| Morris Fuchs | 10,476 |
| Nachum Stein | 38,094 |
| Palladium Holdings, LLC | 536,400 |
| Point Capital, Inc. | 30,118 |
| Rachel Chitrik Purec | 5,237 |
| RR Investment 2012 LP | 47,140 |
| The Hewlett Fund LP | 400,000 |
| L1 Capital Global Opportunities Master Fund | 362,933 |

3

| | | | | | | |
|---|---|---|---|---|---|---|
| Four Kids Investment Fund LLC | 60,972 | | | | | |
| Ralph Reider | 33,007 | | | | | |
| Nechama Berliner | 18,337 | | | | | |
| Alon Benishai'an | 900,507 | | | | | |
| Chaim Birnbaum | 165,093 | X | | | | *ChBir* |
| David Benishai | 5,403 | | | | | |
| Shlomie Stein | 70,840 | | | | | |
| Menachem Kahn | 60,034 | | | | | |
| Adam Gefvert | 100,000 | | | | | |
| Rates LLC | 230,000 | | | | | |
| Oleta Investments, LLC | 46,297 | | | | | |
| Basestones, Inc. | 46,297 | | | | | |
| Mark Olivier | 23,149 | | | | | |
| Chris Etherington | 23,149 | | | | | |
| Varkes Churukian | 23,149 | | | | | |
| Meister Seelig & Fein LLP | 150,000 | | | | | |
| Boustead Securities, LLC | 0 | | | | | |

4

| Jason Hopkins | 0 | | | | | |
|---|---|---|---|---|---|---|
| Robert D. Smith | 0 | | | | | |
| Strategic Equity Acquisition | 5,268,293 | X | | | | ℟ |

5