| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **PishPosh, Inc.** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | **25-15424** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Meister Seelig Fein 125 Park Avenue, 7th Floor New York, NY 10017** | | | | | | **$770,191.23** |
| **Capital One PO Box 981600 Boston, MA 02298** | | | | | | **$589,830.00** |
| **American Express PO Box 1270 Newark, NJ 07101-1270** | | | | | | **$589,019.00** |
| **SMPL LLC 800 Central Avenue Farmingdale, NJ 07727** | | | | | | **$374,915.15** |
| **Morrison Cogen LLP 484 Norristown Road, Suite 100 Blue Bell, PA 19422** | | | | | | **$186,150.09** |
| **Haynes Boone 2801 N. Harwood Street, Suite 2300 Dallas, TX 75201** | | | | | | **$152,799.96** |
| **New Jersey Dept. of Labor Workforce Dev. Div. of Unemployment & Disability Ins. Bankruptcy Unit PO Box 951 Trenton, NJ 08611-0951** | | | | | | **$109,076.99** |
| **Chase Bank Visa PO Box 1423 Charlotte, NC 28201-1423** | | | | | | **$99,582.00** |

Debtor  **PishPosh, Inc.**
    Name

Case number *(if known)*  **25-15424**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **4Moms Thorley Industries, LLC dba 4Moms**<br>**912 Ft. Duquesne Blvd**<br>**Pittsburgh, PA 15222** | | | | | | **$90,759.39** |
| **Art and Cook Inc.**<br>**5601 1st Avenue, 2nd floor**<br>**Brooklyn, NY 11220** | | | | | | **$70,000.00** |
| **Artsana USA LLC c/o Chicco**<br>**1826 William Penn Way**<br>**Lancaster, PA 17601** | | | | | | **$68,421.36** |
| **Chase Bank Visa**<br>**PO Box 1423**<br>**Charlotte, NC 28201-1423** | | | | | | **$64,302.00** |
| **Chase Bank Visa**<br>**PO Box 1423**<br>**Charlotte, NC 28201-1423** | | | | | | **$59,160.00** |
| **Stokke**<br>**5 High Ridge Park**<br>**Stamford, CT 06905** | | | | | | **$58,219.57** |
| **Chase Bank Visa**<br>**PO Box 1423**<br>**Charlotte, NC 28201-1423** | | | | | | **$54,589.00** |
| **Valco Baby c/o Unique Baby Products USA LLC**<br>**PO Box 130-375**<br>**Brooklyn, NY 11213** | | | | | | **$48,624.44** |
| **Shopify Capital**<br>**100 Shockoe Slip, 2nd Floor**<br>**Richmond, VA 23219** | | | | | | **$48,364.00** |
| **Opsec Consulting Inc.**<br>**1507 Cindy Court**<br>**Lakewood, NJ 08701** | | | | | | **$35,909.43** |
| **Bugaboo North America, Inc.**<br>**37 W. 26th Street, 6th Floor**<br>**New York, NY 10010** | | | | | | **$35,333.92** |

| Debtor | **PishPosh, Inc.** | | | Case number *(if known)* | **25-15424** |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Phils & Teds Mountain Buggy 221 Jefferson Street Fort Collins, CO 80524** | | | | | | **$32,979.15** |