UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
    **PishPosh, Inc.**

Case No.: **25-15424**

Chapter: **11**

Judge:

## AMENDMENT TO SCHEDULE D, E, F, G, H or LIST OF CREDITORS

Please specify the list or schedule(s) to be amended:

☐ Schedule D - Creditors Holding Secured Claims      ☐ Schedule H - Codebtors

☐ Schedule E - Creditors Holding Unsecured Priority Claims      ☑ List of Creditors (Matrix)

☐ Schedule F - Creditors Holding Unsecured Claims

☐ Schedule G - Executory Contracts and Unexpired Leases

**IMPORTANT:** Pursuant to D.N.J. LBR 1007-1, the mailing list must be updated when an amendment to Schedule D, E, F, G, or H is filed. Accordingly, there is a fee to amend any of the above schedules. There is no fee due if the nature of the amendment is to add or change the address of a previously listed creditor.

The list or schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

I certify under penalty of perjury that the above information is correct:

Date: **June 27, 2025**      Debtor's signature: **/s/ Chaim B. Birnbaum**

\* Schedules D, E, F, G or H and the List of Creditors may be amended simultaneously, thereby incurring only one $31 fee.

rev. 8/1/15

## **ADD**

Boustead Securities, LLC
c/o Christopher Parrington, Esq.
6 Venture, Ste 395
Irvine, CA 92618

## **DELETED**

Chubb
PO Box 382001
Pittsburgh, PA 15250-8001

Uppababy
276 Weymouth Street
Rockland, MA 02370

*rev. 8/1/15*